```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

DEBORAH AKRIDGE                                              PLAINTIFF

v.                          Case No. 14-6030

KROGER LIMITED PARTNERSHIP I                                 DEFENDANT

## JUDGMENT

For the reasons set forth in the memorandum opinion and order filed contemporaneously herewith, Defendant's motion for summary judgment (Doc. 17) is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Each party is to bear their own fees and costs. **The parties have 30 days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 21st day of May, 2015.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge